Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Pauline Fuentes Rodriquez

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:17-cr-080 DAD-BAM |
| ) | |
| Plaintiff, ) | DEFENDANT PAULINE RODRIQUEZ |
| ) | WAIVER OF PERSONAL |
| v. ) | APPEARANCE AND ORDER THEREON |
| ) | |
| PAULINE FUENTES RODRIQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant, PAULINE RODRIQUEZ, waives her right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant Rodriquez hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, Carolyn D. Phillips,

the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 United States Code, Sections 3161 – 3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated: 4.30.2017 /s/Pauline Rodriquez
PAULINE RODRIQUEZ

Dated: 5.9.2017
/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
PAULINE RODRIQUEZ

**ORDER**

IT IS SO ORDERED.

Dated: **July 5, 2017**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE