|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | Carolyn D. Phillips #103045                                                          |
|     | Attorney at Law                                                                      |
| 2   | P.O. Box 5622                                                                        |
|     | Fresno, California  93755-5622                                                       |
| 3   | 559/248-9833                                                                         |
| 4   | Attorney for PAULINE FUENTES RODRIGUEZ                                               |

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) | Case No. 1:17-cr-080 DAD-BAM |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| | **)** | **CONFERENCE** |
| vs. | ) | |
| | ) | Date:  September 11, 2017 |
| PAULINE FUENTES ROGDRIQUEZ, | ) | Time:  1:00 p.m. |
| | ) | Judge Barbara A. McAuliffe |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to

continue the status conference currently set for September 11, 2017, at 1:00 p.m., to

**November 13, 2017, at 1:00 p.m**., to allow counsel to complete review of the over 4,000

pages of discovery, confer with defendant, conduct further investigation and allow for

settlement discussions.

Defendant Fuentes Rodriquez agrees that the delay resulting from the

continuance shall be excluded in the interests of justice, including but not limited to, the

need for the period of time set forth herein for further defense preparation pursuant to

18 U.S.C. §3161(h)(7)(B(i)).

**SO STIPULATED.**

Dated: September 6, 2017     /s/ Carolyn D. Phillips
                              Carolyn D. Phillips
                              Attorney for Defendant
                              PAULINE FUENTES RODRIQUEZ

Dated: September 6, 2017     PHILLIP A. TALBERT
                              United States Attorney

                              By: /s/ Megan A.S. Richards
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff
                              United States of America

## ORDER

**IT IS SO ORDERED that** the 2nd Status Conference for defendant Pauline Fuentes Rodriquez, currently set for September 11, 2017 shall be continued to **November 13, 2017 at 1:00 p.m.** Time to be excluded through November 13, 2017 pursuant to 18 USC §3161(n)(7)(B)(i).

Dated: **September 7, 2017**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE