McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00080-DAD-BAM |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PAULINE FUENTES RODRIQUEZ, | DATE: April 9, 2018 |
| Defendant. | TIME: 1 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on April 9, 2018.

2.  By this stipulation, defendant now moves to continue the status conference until June 11, 2018, and to exclude time between April 9, 2018, and June 11, 2018, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately 5,000 pages of financial and administrative records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Counsel for defendant has made a diligent effort to review discovery with her

1

client and desires additional time to continue to review discovery; discuss potential resolution including presenting a plea offer extended by the government on March 27, 2018; and conduct additional investigation.

      c)      If this case is continued to June 11, 2018 for a status conference, the parties believe that at that date, they would be ready to set the matter for either a trial or a change of plea hearing.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 9, 2018 to June 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 3, 2018                                      McGREGOR W. SCOTT
                                                                     United States Attorney

                                                                     /s/ MEGAN A. S. RICHARDS
                                                                     MEGAN A. S. RICHARDS
                                                                     Assistant United States Attorney

| | |
|---|---|
| Dated: April 3, 2018 | /s/ CAROLYN PHILLIPS<br>CAROLYN PHILLIPS<br>Counsel for Defendant<br>PAULINE FUENTES<br>RODRIQUEZ |

**FINDINGS AND ORDER**

**IT IS SO FOUND AND ORDERED** that the 4th Status Conference for defendant Pauline Fuentes Rodriquez, currently set for April 9, 2018 shall be continued to **June 11, 2018 at 1:00 p.m.** Time to be excluded through June 11, 2018 pursuant to 18 USC § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **April 4, 2018**               /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE