Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for PAULINE FUENTES RODRIQUEZ

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>vs.<br><br>PAULINE FUENTES ROGDRIQUEZ,<br><br>                Defendant. | Case No. 1:17-cr-080 DAD/BAM<br>**AMENDED STIPULATION AND [PROPOSED] FINDINGS AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 11, 2018<br>Time: 1:00 p.m.<br>Judge Barbara A. McAuliffe |

Each party by and through their respective counsel stipulate and agree to continue the status conference currently set for June 11, 2018, at 1:00 p.m., to **July 23, 2018, at 1:30 p.m**. The parties stipulate that this request is based on the reasons set forth below.

1. By previous order, this matter was set for status on June 11, 2018.

2. Through this stipulation, defendant moves to continue the status conference to July 23, 2018, and to exclude time between June 11, 2018 and July 23, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

(a) Defense counsel met with Ms. Rodriquez and arranged for her to undergo a psychiatric evaluation conducted by Dr. Avak Howsepian. The evaluation has been completed, but additional time is needed for defense counsel to review Dr. Howsepian's report and to produce the report to the government.

(b) Counsel for defendant has made a diligent effort to review the extensive discovery with Ms. Rodriquez, and needs additional time to discuss potential resolution including new plea offers, explore sentencing alternatives and complete additional investigation.

(c) Counsel for Ms. Rodriquez believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government does not object to the continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of June 11, 2018 to July 23, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: June 6, 2018

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
PAULINE FUENTES RODRIQUEZ

Dated: June 6, 2018

PHILLIP A. TALBERT
United States Attorney

By: /s/ Megan A.S. Richards
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED** that the 4th Status Conference currently set for June 11, 2018 shall be continued to **July 23, 2018 at 1:00 p.m.** before Judge McAuliffe. Time to be excluded through July 23, 2018 pursuant to 18 USC §3161(h)(7)(A), B (iv).

IT IS SO ORDERED.

Dated: **June 6, 2018**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE