Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for PAULINE FUENTES RODRIQUEZ

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, ) | Case No. 1:17-cr-080 DAD/BAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| ) | |
| vs. ) | |
| ) | Date: October 7, 2019 |
| PAULINE FUENTES RODRIQUEZ, ) | Time: 10:00 a.m. |
| ) | Judge David A. Drozd |
| Defendant. ) | |

    Each party by and through their respective counsel stipulate and agree to continue the change of plea hearing currently set for September 30, 2019, at 10:00.m., to **October 7, 2019, at 10:00 a.m**. The parties stipulate that this request is based on the reasons set forth below.

    1.    By previous order, this matter was set for a change of plea hearing September 30, 2019.

    2.    Through this stipulation, the parties move to continue the change of plea hearing to October 7, 2019, and to exclude time between September 30, 2019 and October 7, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

(a) On April 16, 2019, defense counsel proposed a resolution of the pending charges to the government. The proposal followed a change of government's counsel, from Megan Richards to Assistant United States Attorney Mark McKeon.

(b) The defense and the government have been in settlement negotiations and are close to a plea agreement. However, as of this date no written plea agreement has been received by the defense, nor has the defendant had an opportunity to review any written plea agreement with counsel. It is expected that a written plea agreement will be provided to the defense this week, however, this will not provide defendant sufficient time to review the plea agreement prior to the hearing currently set for September 30, 2019.

(c) Counsel for Ms. Rodriquez believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(d) The government joins in this requested continuance.

(e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

(f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of September 30, 2019 to October 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served

2

by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: September 26, 2019

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
PAULINE FUENTES RODRIQUEZ

Dated: September 26, 2019

McGregor W. Scott
United States Attorney

By: /s/ Mark McKeon
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

**IT IS SO ORDERED** that the change of plea hearing currently set for September 30, 2019 shall be continued to **October 7, 2019 at 10:00 a.m.** Time to be excluded through October 7, 2019 pursuant to 18 USC §3161(h)(7)(A), B (iv).

IT IS SO ORDERED.

Dated: **September 26, 2019**

UNITED STATES DISTRICT JUDGE