1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America



FILED

NOV 20 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULINE FUENTES RODRIQUEZ,<br><br>Defendant. | CASE NO. 1:17-CR-00080-DAD-BAM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On October 7, 2019, defendant Pauline Fuentes Rodriquez entered a guilty plea to Count One – Theft of Government Property in violation of 18 U.S.C. § 641 of the Indictment.

As part of her plea agreement with the United States, defendant Pauline Fuentes Rodriquez agreed to forfeit voluntarily and immediately $19,818.20, less any forfeited funds as a money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Rodriquez's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1.     Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Pauline Fuentes Rodriquez in the amount of $19,818.20.

2.     The above-referenced forfeiture money judgment is imposed based on defendant Pauline Fuentes Rodriquez's conviction for violating 18 U.S.C. § 641 (Count One). Said amount represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture

1  based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the

2  United States of America and disposed of as provided for by law.

3       3.     Payment of the forfeiture money judgment should be made in the form of a cashier's

4  check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset

5  Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence,

6  any funds delivered to the United States to satisfy the money judgment shall be seized and held by the

7  U.S. Marshals Service, in its secure custody and control.

8  Date: November 19, 2019          McGREGOR W. SCOTT
9                              United States Attorney

10                             /s/ Laura D. Withers
11                             LAURA D. WITHERS
                            Assistant U.S. Attorney

12

13                          **O R D E R**

14      For good cause shown, the Court hereby imposes a personal forfeiture money judgment against

15 defendant Pauline Fuentes Rodriquez in the amount of $19,818.20. Any funds applied towards such

16 judgment shall be forfeited to the United States of America and disposed of as provided for by law.

17 Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money

18 judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

19      IT IS SO ORDERED.

20 DATED: _11/20/19_

21                         DALE A. DROZD
                        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28