Carolyn D. Phillips   #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Pauline Fuentes Rodriquez

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00080 DAD BAM |
| Plaintiff, | ORDER AUTHORIZING |
| v. | THE FILING OF DOCUMENTS UNDER SEAL |
| PAULINE FUENTES RODRIQUEZ, | |
| Defendant. | (Local Rule 141) |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant Pauline Fuentes Rodriquez.  The documents captioned <u>Defendant Pauline Rodriquez's Sentencing Memorandum</u>, and <u>Exhibit to the Memorandum</u>, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.[1]

IT IS SO ORDERED.

Dated:   **January 14, 2020**          _____
                                        UNITED STATES DISTRICT JUDGE

---

[1] Although the court has approved this request to file under seal, counsel is advised that only those aspects of the sentencing memorandum that actually reflect confidential information should be filed under seal as a supplement to the sentencing memorandum filed on the public docket.